**FILED**

**MAY 22 2012**

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: )
)
) Case No. 10 B 40042
)
FM. INDUSTRIES, INC., )
)
) Chapter 7
)
Debtor. )
)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO BALDI BERG & WALLACE, LTD., ATTORNEYS FOR THE CHAPTER 7 TRUSTEE, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $25,023.00 | TOTAL COSTS REQUESTED: | $49.00 |
| TOTAL FEES REDUCED: | $769.10 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $24,253.90 | TOTAL COSTS ALLOWED: | $49.00 |

**TOTAL FEES AND COSTS ALLOWED: $24,302.90**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(2)  **Unreasonable Time**
As to the time devoted to the preparation of the fee application itself, the Court denies the allowance of compensation that is disproportionate to the total hours in the main case. *In re Wildman*, 72 B.R. 700, 711 (Bankr. N.D. Ill. 1987) ("In the absence of unusual circumstances, the hours allowed by this Court for preparing and litigating the attorney fee application should not exceed three percent of the total hours in the main case."); *In re Spanjer Bros., Inc.*, 203 B.R. 85, 93 (Bankr. N.D. Ill. 1996) (compensation limited to 5%). *See also In re Pettibone Corp.*, 74 B.R. 293, 304 (Bankr. N.D. Ill. 1987) (citing *Coulter v. State of Tennessee*, 805 F.2d 146, 151 (6th Cir. 1986) (in non-bankruptcy cases, compensation for preparation and litigation of fee petitions limited to 3-5% of the hours of the main case)).

(4)  **Insufficient Description**
The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

(7)  **Lumping**
The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

Dated: May 22, 2012

Eugene R. Wedoff
United States Bankruptcy Judge

**Baldi Berg & Wallace, Ltd**                                    4/26/2012

FM Industries, Inc. - General Administration                    Page    3

In Reference to:   *FM Industries, Inc. - General Administration*

**Professional Services**

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 12/17/2010 | ECB | Meet with Michael Friedman and David Newby and Trustee to discuss background of involuntary and state and federal court litigation involving debtor's copyright infringement claims | 2.00 $275.00/ hr | $550.00 |
| 2/01/2011 | JAB | Attend hearing on FM Industries status. Confer with Duffy re status, follow up, possible settlement. | 1.00 $425.00/ hr | $425.00 — $42.50 |
| 3/20/2011 | RKP | Research re: compelling Trustee to file schedules (.5); begin draft of Motion to Compel filing of schedules (.5) | 1.00 $190.00/ hr | $190.00 |
| 3/21/2011 | RKP | Further draft motion to compel filing of schedules (.5); prepare service list (.1); and notice of motion (.1); edit motion per Trustee (.2); and prepare motion for filing (.1). | 1.00 $190.00/ hr | $190.00 |
| 3/29/2011 | JDL | Cf w/ JAB re: motion to authorize preparation of schedules (.3) | 0.30 $200.00/ hr | $60.00 |
| 3/30/2011 | JDL | Revise Motion for authority to prepare schedules and designate representative. | 1.20 $200.00/ hr | $240.00 |
| 4/12/2011 | JAB | Appear and present Motion to Authorize Preparation of Schedules and to Employ BBW | 0.50 $425.00/ hr | $212.50 |
| 4/12/2011 | JDL | Begin preparation of debtor schedules. | 1.20 $200.00/ hr | $240.00 |
| 4/13/2011 | JDL | Update schedules. | 0.50 $200.00/ hr | $100.00 |

(7)

**Baldi Berg & Wallace, Ltd**                                                                    4/26/2012

                                                                                            Page    4

FM Industries, Inc. - General Administration

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 4/15/2011 | JDL ④ | Respond to Newby email. (.1) Review pleadings, examinations and documents to prepare debtor schedules (2.0) | 2.10 $200.00/ hr | $420.00 |

$$-.1 \times \$200 = -\$20$$

| | | | | |
|---|---|---|---|---|
| 4/22/2011 | JAB | Review draft of schedules with JL. | 0.50 $425.00/ hr | $212.50 |
| 4/22/2011 | JDL | Review draft schedules w/ JAB (.5) Revise Schedules (1.5) Email to debtor's counsel (.2) Research Debtor's EIN (.2) | 2.40 $200.00/ hr | $480.00 |
| 5/11/2011 | JDL | Review memo from M. Friedman re: schedules (.6) Cf w/ JAB re: same (.3) TC to Skipper Buds re: boat storage (.3) | 1.20 $200.00/ hr | $240.00 |
| 6/06/2011 | JDL | Revise schedules (1.0) Email to B. Berish re: Debtor information (.1) Cf w/ JAB re: same (.2) | 1.30 $200.00/ hr | $260.00 |
| 6/07/2011 | JDL | Email to D. Newby re: Debtor's tax returns (.1) Revise schedules (.3) TC from Skipper Buds re: boat (.3) | 0.70 $200.00/ hr | $140.00 |
| 6/21/2011 | JDL | Prepare schedules for filing. | 1.00 $200.00/ hr | $200.00 |
| 6/22/2011 | JDL | Prepare signature pages w/ trustee information to complete filing. (.8) File schedules on behalf of trustee (.3) | 1.10 $200.00/ hr | $220.00 |
| 6/27/2011 | JDL | TC w/ clerk re: schedules (.2) Revise schedules for refiling (.4) | 0.60 $200.00/ hr | $120.00 |
| 10/12/2011 | JDL | Cf w/ JAB re: status of case, auto sale and title. (.5) | 0.50 $200.00/ hr | $100.00 |
| 10/13/2011 | JDL | Prepare demand letter re: BMW. | 0.60 $200.00/ hr | $120.00 |
| ⑦ 1/25/2012 | JAB | TC with Duffy re malpractice claim. security interest in boat proceeds. Prepare and forward email to Berrish re | 1.00 $450.00/ hr | $450.00 -$45 |

**Baldi Berg & Wallace, Ltd**                                                              4/26/2012

                                                                                     Page    5
FM Industries, Inc. - General Administration

---

|            |     |                                                                                                                                                                                                                                                                        |                      |          |
|------------|-----|----|----|----|
|            |     | same.                                                                                                                                                                                                                                                                   |                      |          |
| 2/27/2012  | JAB | Review information from Friedman regarding malpractice coverage for Friedman & Wexler. (.3) TC with Herzog re claim. documents relating to same and replevin action. (.3) TC with DeMedici re documenation in Fox's control and claims against estate. (.4) TC with F&W attorney re coverage. (.3) | 0.70<br>$450.00/ hr  | $315.00  |
| 2/28/2012  | JAB | Review and revise motion for turnover. Email to debtor re same and re documents. TC from Friedman re consultation on Citicorp suit.                                                                                                                                      | 1.00<br>$450.00/ hr  | $450.00<br>-$45 |
| 2/28/2012  | JDL | Prepare Motion for Turnover of BMW.                                                                                                                                                                                                                                     | 1.20<br>$235.00/ hr  | $282.00  |
| 3/12/2012  | JMM | Deposit Check into TCMS (.1) & Send Check to Congressional via FedEx (.1)                                                                                                                                                                                               | 0.20<br>$85.00/ hr   | $17.00   |
| 3/29/2012  | JAB | Review, revise and approve motion to hire special counsel for malpractice claim. Confer with JDL re follow up.                                                                                                                                                           | 0.30<br>$450.00/ hr  | $135.00<br>- $13.50 |

Handwritten annotations: ⑦ next to 2/28/2012 JAB entry; ⑦ next to 3/29/2012 entry.

|                | Total Fees | $6,369.00 |
|----------------|------------|-----------|

### Expenses

| Start Date | Description                                      | Quantity          | Charges |
|------------|--------------------------------------------------|-------------------|---------|
| 3/19/2012  | Sent Boat Title to Gierum via Fed Ex Delivery    | 1.00 @<br>/each   | $18.40  |

|                  | Total Expenses      | $18.40    |
|------------------|---------------------|-----------|
|                  | Total New Charges   | $6,387.40 |
|                  | Previous Balance    | $0.00     |
|                  | Balance Due         | $6,387.40 |

**Baldi Berg & Wallace, Ltd**

4/26/2012

Page 7

FM Industries, Inc. - Citi Claim

---

**In Reference to:** *FM Industries, Inc. - Citi Claim*

**Professional Services**

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 2/08/2011 | JAB | TC with attorneys for Citibank re status of state court case, defenses. | 1.00 $425.00/hr | $425.00 |
| 3/17/2011 | JAB | Attend FMI - Status of Citigroup suit in state court. | 1.00 $425.00/hr | $425.00 |
| 2/02/2012 | JAB | TC with Karlin re documents for claim, dealings with Friedman | 0.40 $450.00/hr | $180.00 |
| 3/02/2012 | JAB | Review documents for Citi case and damages calculation. | 1.00 $450.00/hr | $450.00 |
| 3/15/2012 | JAB | TC with Karlin re Friedman cooperation. TC to Newby re same. Review emails from Friedman. Review documents provided to Karlin re damage calculation. | 1.20 $450.00/hr | $540.00 -$54 |
| 3/23/2012 | JAB | Review documents re Citibank claim, overlap with other claims. Review documents prepared by Friedman in support of same. (2.0) TC with Karlin and Citicorp counsel re potential for settlement, issues in case and follow up. (1.0) | 3.00 $450.00/hr | $1,350.00 |
| 3/29/2012 | JAB | TC with Karlin re issues raised in last call, response to same, strategy for conference call on settlement. | 0.40 $450.00/hr | $180.00 |

Total Fees   $3,550.00

(7)

**Baldi Berg & Wallace, Ltd**                                                                 4/26/2012

                                                                                         Page     9

FM Industries, Inc. - Fee Applications

---

In Reference to:   *FM Industries, Inc. - Fee Applications*

## Professional Services

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 3/06/2012 | JDL | Review invoices in preparation of 1st Fee application. | 0.80<br>$235.00/hr | $188.00 |
| 3/08/2012 | JDL | Prepare 1st interim fee application BBW | 1.80<br>$235.00/hr | $423.00 |
| 4/03/2012 | JDL | Continue preparation of 1st interim fee application BBW | 0.70<br>$235.00/hr | $164.50 |
| 4/10/2012 | JDL | Continue preparation of 1st interim fee application. | 2.10<br>$235.00/hr | $493.50 |
| 4/26/2012 | JDL | Finalize 1st interim fee application. | 1.40<br>$235.00/hr | $329.00 |

(2)                                                  Total Fees     $1,598.00

*[Handwritten:]*
Total fees requested    $25,023
5%                      $1,251.15

Disallowed: $1598 - $1251.15 = (-$346.85)

**Baldi Berg & Wallace, Ltd**                                    4/26/2012

FM Industries, Inc. - Gelfand Claim                              Page    11

In Reference to:   *FM Industries, Inc. - Gelfand Claim*

### Professional Services

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 3/29/2011 | JAB | Appear on FM Industries status - Lefkow case | 0.60<br>$425.00/ hr | $255.00 |
| 5/10/2011 | JAB | TC with debtor's attorney re draft schedules, proposal to settle Gelfand case. Review file, forward prior letters from Gelfand counsel re suit. | 1.00<br>$425.00/ hr | $425.00<br>-$42.50 |
| 6/07/2011 | JAB | Appear on status of Gelfand case before Judge Lefkow, confer with Duffy re settlement. | 0.50<br>$425.00/ hr | $212.50<br>-$21.25 |
| 7/21/2011 | JDL | Prepare motion to compromise and settle (Gelfand) | 1.90<br>$200.00/ hr | $380.00 |
| 7/25/2011 | JAB | Confer with JL re settlement agreement, issues re same, review revisions to motion and order. Confer with JL on follow up. | 1.00<br>$425.00/ hr | $425.00<br>-$42.50 |
| 7/25/2011 | JDL | Continue preparing Motion to approve settlement and settlement agreement. | 3.00<br>$200.00/ hr | $600.00 |
| 7/26/2011 | JDL | Revise Motion to compromise and settle (Gelfand) (3.8) Emails to B. Berish re same (.2) | 4.00<br>$200.00/ hr | $800.00 |
| 7/29/2011 | JAB | Review Berrish edits to settlement motion and notice, confer with JL re follow up on same. | 0.50<br>$425.00/ hr | $212.50<br>-$21.25 |
| 7/29/2011 | JDL | Finalize motion to approve settlement (Gelfand) (1.8) Email to/from B. Berish (.4) Cf w/ ECB re: tax ID number (.3) | 2.50<br>$200.00/ hr | $500.00 |
| 8/31/2011 | JAB | Prepare for and attend hearing on motion to settle with Gelfand. | 0.50<br>$425.00/ hr | $212.50 |
| 9/20/2011 | JAB | Review email from Newby re request for continuance of briefing schedule, circulate to settling defendants. | 0.50<br>$425.00/ hr | $212.50 |
| 9/28/2011 | JAB | Appear on continued hearing on Motion to compromise and settle w/Gelfand (Wedoff), continue same. | 0.30<br>$425.00/ hr | $127.50 |

**Baldi Berg & Wallace, Ltd**                                    4/26/2012

FM Industries, Inc. - Sale of Boat                                Page    17

---

In Reference to:   *FM Industries, Inc. - Sale of Boat*

**Professional Services**

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 5/12/2011 | JDL | TC w/ Skipper Buds re: boat (.4) TC w/ M. English re: boat (.4) | 0.80 $200.00/hr | $160.00 |
| 5/25/2011 | JDL | TC to M. English re: boat liens. (.1) Prepare file for meeting w/ debtor (.2) | 0.30 $200.00/hr | $60.00 |
| 6/09/2011 | JDL | Review M. Wexler BK petition for evidence of Boat (.3) | 0.30 $200.00/hr | $60.00 |
| 6/10/2011 | JDL | TC to WI DNR re: boat title. (.4) Review info sheet (.1) Email to JAB re: Wexler BK (.2) | 0.70 $200.00/hr | $140.00 |
| ① 6/13/2011 | JAB | Review information on boat titles. TC to Gierum and Cohen re same, sale of boat. | 0.70 $425.00/hr | $297.50 -$29.75 |
| 6/13/2011 | JDL | Prepare email to Wexler trustee re: boat. (.5) TC to Skipper Buds (.1) Prepare fax to Skipper Buds re: appointment (.3) Email to T. Burbach re: same (.2) | 1.10 $200.00/hr | $220.00 |
| 6/28/2011 | JDL | Prepare letter requesting listing to SkipperBud's (.4) Respond to email of T. Burbach (.2) Cf w/ JAB (.1) Email to Trustee Gierum (.1) | 0.80 $200.00/hr | $160.00 |
| 7/01/2011 | JDL | Email to T. Burbach re: listing agreement w/ Skipper buds. | 0.30 $200.00/hr | $60.00 |
| 8/24/2011 | JDL | Email to Skipper Buds re: listing agreement. (.2) TC w/ T. Burbach (.2) Email to T. Burbach w/ boat documents (.2) | 0.60 $200.00/hr | $120.00 |
| 8/25/2011 | JDL | Review listing agreement from skipper buds. (.5) Respond to T. Burbach email (.1) | 0.60 $200.00/hr | $120.00 |
| 8/31/2011 | JDL | Prepare motion to hire broker to sell boat. (1.8) Email to broker (.2) Email to J. Gierum (.2) re same. | 2.20 $200.00/hr | $440.00 |
| 9/12/2011 | JDL | Revise motion to hire broker (boat). (.7) Email to T.Burbach (.2) | 0.90 $200.00/hr | $180.00 |
| 9/14/2011 | JDL | Emails to/from T. Burbach re: application to employ. (.4) Analyze statements and listing agreement for conflicts (.5) Cf w/ JAB re: potential conflict (.3) | 1.20 $200.00/hr | $240.00 |

**Baldi Berg & Wallace, Ltd**                                                4/26/2012

                                                                         Page    19

FM Industries, Inc. - Sale of Boat

---

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 1/13/2012 | RKP | Further draft motion to sell boat (1.4); draft 2002 notice (.8); draft proposed order (.3). | 2.50<br>$195.00/hr | $487.50 |
| 1/18/2012 | JAB | Review and revise motion to sell boat, confer with RKP on follow up. (.7) TC with Spitz re storage charges, financing approval. (.3) | 1.00<br>$450.00/hr | $450.00 |
| 1/18/2012 | RKP | Edit motion to sell boat per J. Baldi (.8); edit notice of hearing (.4); compile exhibits in support of motion (.2) | 1.40<br>$195.00/hr | $273.00 |
| 1/27/2012 | JAB | TC with Berrish re waiver of lien, turnover of portion of proceeds. Discuss pursuit of malpractice claim. | 0.40<br>$450.00/hr | $180.00 |
| 2/01/2012 | JAB | Prepare for and attend hearing on FM Industries (Wedoff) Motion to Sell Boat. Further discussions with secured creditor attorney, review email confirming same. | 1.00<br>$450.00/hr | $450.00<br>- $45 |
| 2/22/2012 | JDL | Review sale documents (.2) Email to A. Spitz re: closing (.2) Review auto records for BMW (Christine Friedman alleged interest) (.5) | 0.90<br>$235.00/hr | $211.50 |
| 2/27/2012 | JDL | Prepare title for signatures for Mar. 3 closing. (.2) Prepare transmittal letter to Gierum w/ title (.2) | 0.40<br>$235.00/hr | $94.00 |
| 3/08/2012 | JDL | Email to T. Burbach re: status of sale. | 0.10<br>$235.00/hr | $23.50 |
| 3/12/2012 | JDL | Reconcile closing statement from boat sale (.7) Email to Skipper Buds re: same (.3) | 1.00<br>$235.00/hr | $235.00 |
| 3/13/2012 | JDL | TC w/ Adam Spitz re: closing statement totals. | 0.30<br>$235.00/hr | $70.50 |
| 3/14/2012 | JDL | Review detailed expense report reflected in closing charges (.3) Cf w/ Trustee re: same (.1) Email to A. Spitz at Skipper Buds re: same (.1) | 0.50<br>$235.00/hr | $117.50 |

                                                              Total Fees   $6,410.00