**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FM. INDUSTRIES, INC. | § | Case No. 10-40042 ERW |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/07/2010 . The undersigned trustee was appointed on 10/26/2010 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 65,500.13

Funds were disbursed in the following amounts:

| | | |
|---|---|---|
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 30,826.93 |
| Bank service fees | | 60.00 |
| Other payments to creditors | | 10,850.29 |
| Non-estate funds paid to 3rd Parties | | 19,069.70 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 4,693.21 |

The remaining funds are available for distribution.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/17/2012 and the deadline for filing governmental claims was 01/17/2012 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 5,393.04 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,193.21 , for a total compensation of $ 2,193.21 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/04/2014 By:/s/Joseph A. Baldi
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit A

Case No: 10-40042 ERW Judge: Eugene R. Wedoff
Case Name: FM. INDUSTRIES, INC.

For Period Ending: 02/04/14

Trustee Name: Joseph A. Baldi
Date Filed (f) or Converted (c): 09/07/10 (f)
341(a) Meeting Date: 08/26/11
Claims Bar Date: 01/17/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.13 | Unknown |
| 2. CONTINGENT CLAIMS - Citibank claim<br>Citicorp Credit Services v. FM Industries (Debtor has counterclaim alleging breach of Contract and breach of duty of good faith and fair dealing) Claim dismissed by Circuit Court on summary judgment | Unknown | 0.00 | | 0.00 | FA |
| 3. CONTINGENT CLAIMS - Gelfand<br>FM Industries v. Law Office of Ross Gelfand (copyright lawsuit) - settled pursuant to court order | Unknown | 0.00 | | 3,125.00 | FA |
| 4. CONTINGENT CLAIMS - Gelfand affiliates<br>Alleged claims against law firms arising from use of softwre under Law Firm License Agreement - settled pursuant to court order | Unknown | 0.00 | | 9,375.00 | FA |
| 5. CONTINGENT CLAIMS - Malpractice claim<br>Malpractice case against Friedman & Wexler and Wayne Rhine - claim not pursued, not viable claim | Unknown | 0.00 | | 0.00 | FA |
| 6. Patents, copyrights and intel. prop<br>TUCANS sofrware and copyright - no commercial value | Unknown | 0.00 | | 0.00 | FA |
| 7. 2004 280 Sea Ray Sundance Boat<br>(1/2 interest in boat owned by Bankruptcy Estate of Mitchell Wexler --Trustee distributed 1/2 of net proceeds to bankruptcy estate of M. Wexler) | 60,000.00 | 44,649.71 | | 53,000.00 | FA |
| 8. 2006 BMW Model 3301<br>(1/2 interest) - repairs and other costs exceed value, property abandoned | 12,775.00 | 0.00 | OA | 0.00 | FA |
| 9. Large Format Epson Color Printer (2) | Unknown | 0.00 | | 0.00 | FA |
| 10. Computer work station, monitor & ext, hard drive | Unknown | 0.00 | | 0.00 | FA |
| 11. VOID (u) | Unknown | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit A

Case No: 10-40042 ERW Judge: Eugene R. Wedoff
Case Name: FM. INDUSTRIES, INC.

Trustee Name: Joseph A. Baldi
Date Filed (f) or Converted (c): 09/07/10 (f)
341(a) Meeting Date: 08/26/11
Claims Bar Date: 01/17/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $72,775.00 | $44,649.71 | | $65,500.13 | $0.00 |

(Total Dollar Amount in Column 6)

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Involuntary petition filed; Schedules were not filed for a delayed period of time; Trustee settled Estate's claims against certain attorneys and recovered $12,500; Trustee retained special counsel to represent him in the prosecution of the Debtor's claims against Citicorp and retained attorneys to review and advise on potential claims for malpractice; Summary judgment granted to defendants in Citicorp case, no further claims to pursue in that case. Trustee has been advised that malpractice claims have no value; Trustee sold Estate's interest in a boat and abandoned interest in vehicle. Trustee is preparing final report.

Initial Projected Date of Final Report (TFR): 12/31/12 Current Projected Date of Final Report (TFR): 12/31/13

# FORM 2



Exhibit B

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 10-40042 -ERW
Case Name: FM. INDUSTRIES, INC.

Taxpayer ID No: *******2752
For Period Ending: 02/04/14

Trustee Name: Joseph A. Baldi
Bank Name: Associated Bank
Account Number / CD #: *******6750 Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/20/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 4,693.21 | | 4,693.21 |

| | |
|---|---|
| Memo Allocation Receipts: | 0.00 |
| Memo Allocation Disbursements: | 0.00 |
| Memo Allocation Net: | 0.00 |

Account *******6750

| Count | Item | | Amount |
|---|---|---|---|
| | Balance Forward | | 0.00 |
| 0 | Deposits | | 0.00 |
| 0 | Interest Postings | | 0.00 |
| | Subtotal | $ | 0.00 |
| 0 | Adjustments In | | 0.00 |
| 1 | Transfers In | | 4,693.21 |
| | Total | $ | 4,693.21 |

| Count | Item | | Amount |
|---|---|---|---|
| 0 | Checks | | 0.00 |
| 0 | Adjustments Out | | 0.00 |
| 0 | Transfers Out | | 0.00 |
| | Total | $ | 0.00 |

FORM 2



Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-40042 -ERW
Case Name: FM. INDUSTRIES, INC.

Taxpayer ID No: *******2752
For Period Ending: 02/04/14

Trustee Name: Joseph A. Baldi
Bank Name: Bank of America, N.A.
Account Number / CD #: *******7385 Money Market Account (Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Trans. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/11/11 | 3 | Professionals Direct Insurance Company<br>5211 Cascade Rd. SE<br>P.O. Box 2679<br>Grand Rapids, Michigan 49501-2679 | SETTLEMENT | 1149-000 | 3,125.00 | | 3,125.00 |
| 11/11/11 | 4 | Law Office of Harris & Zide<br>1445 Huntington Dr. Ste. 300<br>South Pasadena, CA 91030 | SETTLEMENT | 1149-000 | 3,125.00 | | 6,250.00 |
| 11/11/11 | 4 | CNA<br>Continental Casualty Company<br>Chicago, IL 60604 | SETTLEMENT | 1149-000 | 3,125.00 | | 9,375.00 |
| 11/11/11 | 4 | Minnesota Lawyers Mutual Insurance Co<br>333 S Seventh Street<br>Suite 2200<br>Minneapolis, MN 55402 | SETTLEMENT | 1149-000 | 3,125.00 | | 12,500.00 |
| 11/30/11 | 1 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 12,500.03 |
| 12/29/11 | 1 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.10 | | 12,500.13 |
| 12/29/11 | | Transfer to Acct #*******2806 | Bank Funds Transfer | 9999-000 | | 12,500.13 | 0.00 |

FORM 2



Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-40042 -ERW
Case Name: FM. INDUSTRIES, INC.

Taxpayer ID No: *******2752
For Period Ending: 02/04/14

Trustee Name: Joseph A. Baldi
Bank Name: Bank of America, N.A.
Account Number / CD #: *******7385 Money Market Account (Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account *******7385

| | | | | | | |
|---|---|---|---|---|---|---|
| | Balance Forward | | 0.00 | | | |
| 4 | Deposits | | 12,500.00 | 0 | Checks | 0.00 |
| 2 | Interest Postings | | 0.13 | 0 | Adjustments Out | 0.00 |
| | | | | 1 | Transfers Out | 12,500.13 |
| | Subtotal | $ | 12,500.13 | | | |
| | | | | | Total | $ 12,500.13 |
| 0 | Adjustments In | | 0.00 | | | |
| 0 | Transfers In | | 0.00 | | | |
| | Total | $ | 12,500.13 | | | |

| | |
|---|---|
| Memo Allocation Receipts: | 0.00 |
| Memo Allocation Disbursements: | 0.00 |
| Memo Allocation Net: | 0.00 |

FORM 2



Exhibit B

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 10-40042 -ERW
Case Name: FM. INDUSTRIES, INC.

Taxpayer ID No: *******2752
For Period Ending: 02/04/14

Trustee Name: Joseph A. Baldi
Bank Name: Congressional Bank
Account Number / CD #: *******2806 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Trans. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/29/11 | | Transfer from Acct #*******7385 | Bank Funds Transfer | 9999-000 | 12,500.13 | | 12,500.13 |
| 02/07/12 | 001001 | International Sureties<br>701 Poydras Street #420<br>New Orleans, LA 70139 | TRUSTEE BOND NO. 016026455 | 2300-000 | | 9.88 | 12,490.25 |
| 03/12/12 | 7 | SKIPPER MARINE OF CHICAGO-LAND, INC<br>215 North Point Drive<br>Winthrop Harbor, IL 60096 | SALE PROCEEDS: PERS. PROP | | 38,139.40 | | 50,629.65 |
| | | SKIPPER MARINE CORP | Memo Amount: ( 5,300.00 )<br>Sales commission | 3991-000 | | | |
| | | SKIPPER MARINE CORP | Memo Amount: ( 8,350.29 )<br>storage liens | 4220-000 | | | |
| | | SKIPPER MARINE CORP | Memo Amount: ( 1,210.31 )<br>Repair/maintenance expense | 2420-000 | | | |
| | | SKIPPER MARINE CORP | Memo Amount: 53,000.00<br>Gross Proceeds of Sale | 1129-000 | | | |
| 04/05/12 | 001002 | MINNESOTA LAWYERS MUTUAL INSURANCE COMPANY<br>%Brad Berish<br>Adelman & Gettleman, Ltd.<br>53 W Jackson Blvd<br>Chicago, IL 60604 | Agreed payment on secured claim<br>partial payment on secured claim per agreement on sale of boat | 4220-000 | | 2,500.00 | 48,129.65 |
| 04/05/12 | 001003 | JOHN GIERUM<br>Trustee of the Estate of Mitchell Wexler<br>9700 W Higgins Road<br>Park Ridge, IL 60018 | Payment of co-owners interest<br>Payment of co-owners interest in net proceeds of sale of boat owned by estate and Estate of Mitchell Wexler | 8500-000 | | 19,069.70 | 29,059.95 |

FORM 2



Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-40042 -ERW
Case Name: FM. INDUSTRIES, INC.

Taxpayer ID No: *******2752
For Period Ending: 02/04/14

Trustee Name: Joseph A. Baldi
Bank Name: Congressional Bank
Account Number / CD #: *******2806 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/25/12 | 001004 | Baldi Berg & Wallace, Ltd.<br>19 S. LaSalle St.<br>Suite 1500<br>Chicago, IL 60603 | allowed interim compensation<br>Payment of interim compensation and reimbursement of expenses per order of May 22, 2012.<br>Fees 24,253.90<br>Expenses 49.00 | <br><br><br><br>3110-000<br>3120-000 | | 24,302.90 | 4,757.05 |
| 02/07/13 | 001005 | International Sureties<br>701 Poydras Street #420<br>New Orleans, LA 70139 | Bond Premium Payment<br>BOND # 016026455 | 2300-000 | | 3.84 | 4,753.21 |
| * 03/11/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee<br>TCMS would not allow me to enter an adjustment date more than 30 days old. Therefore, I entered 3/11/13 as the date of adjustment. The actual date of adjustment which is reflected on the bank statements is 3/08/13. ~JMM 4.10.13 | 2600-003 | 10.00 | | 4,763.21 |
| 03/11/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee<br>TCMS would not allow me to enter an adjustment date more than 30 days old. Therefore, I entered 3/11/13 as the date of adjustment. The actual date of adjustment which is reflected on the bank statements is 3/08/13. ~JMM 4.10.13 | 2600-000 | | 10.00 | 4,753.21 |
| * 04/10/13 | | Reverses Adjustment IN on 03/11/13 | Monthly Bank Service Fee<br>Supposed to be a subtraction, not an addition. ~JMM 4.10.13 | 2600-003 | -10.00 | | 4,743.21 |
| 04/22/13 | | CONGRESSIONAL BANK | Monthly Bank Service Fee | 2600-000 | | 10.00 | 4,733.21 |

FORM 2



Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 10-40042 -ERW
Case Name: FM. INDUSTRIES, INC.

Taxpayer ID No: *******2752
For Period Ending: 02/04/14

Trustee Name: Joseph A. Baldi
Bank Name: Congressional Bank
Account Number / CD #: *******2806 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | | | | | |
| 05/22/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee<br>Bank Service Fee actually was debited from account on May 9, 2013. TCMS would not allow me to enter the May 9th date due to it being over 30 days. 6/21/13 ~JMM | 2600-000 | | 10.00 | 4,723.21 |
| 06/09/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee<br>The date of adjustment 6/9/13 actually occurred on 6/4/13 but TCMS will not allow us to back date it more than 30 days. Therefore, I used the 6/9/13 as the date of adjustment. ~JMM 7.9.13 | 2600-000 | | 10.00 | 4,713.21 |
| 07/05/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 10.00 | 4,703.21 |
| 08/05/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 10.00 | 4,693.21 |
| 12/20/13 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 4,693.21 | 0.00 |

FORM 2



Exhibit B

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 10-40042 -ERW
Case Name: FM. INDUSTRIES, INC.
Taxpayer ID No: *******2752
For Period Ending: 02/04/14

Trustee Name: Joseph A. Baldi
Bank Name: Congressional Bank
Account Number / CD #: *******2806 Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Memo Allocation Receipts: 53,000.00
Memo Allocation Disbursements: 14,860.60

Memo Allocation Net: 38,139.40

Account *******2806

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 1 | Deposits | 38,139.40 | 5 | Checks | 45,886.32 |
| 0 | Interest Postings | 0.00 | 6 | Adjustments Out | 60.00 |
| | | | 1 | Transfers Out | 4,693.21 |
| | Subtotal | $ 38,139.40 | | | |
| | | | | Total | $ 50,639.53 |
| 2 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 12,500.13 | | | |
| | Total | $ 50,639.53 | | | |

Total Allocation Receipts: 53,000.00
Total Allocation Disbursements: 14,860.60

Total Memo Allocation Net: 38,139.40

Report Totals

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 5 | Deposits | 50,639.40 | 5 | Checks | 45,886.32 |
| 2 | Interest Postings | 0.13 | 6 | Adjustments Out | 60.00 |
| | | | 2 | Transfers Out | 17,193.34 |
| | Subtotal | $ 50,639.53 | | | |
| | | | | Total | $ 63,139.66 |
| 2 | Adjustments In | 0.00 | | | |
| 2 | Transfers In | 17,193.34 | | | |
| | Total | $ 67,832.87 | | Net Total Balance | $ 4,693.21 |

Page 1

Final Distribution
ANALYSIS OF CLAIMS REGISTER

Date: February 04, 2014

Case Number: 10-40042
Debtor Name: FM. INDUSTRIES, INC.

Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | Baldi Berg & Wallace, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Administrative | | $0.00 | $25,072.00 | $24,302.90 |
| | | | 9010012806 05/25/12 | 1004 | 24,302.90 | |
| 001<br>3991-00 | Skipper Marine Corp. | Administrative | Sale commission paid per court order | $0.00 | $5,300.00 | $5,300.00 |
| | | | 9010012806 03/12/12 | 5 | 5,300.00 | |
| 001<br>2420-00 | Skpper Marine Corp. | Administrative | Repair and maintenance costs paid per court order | $0.00 | $1,210.31 | $1,210.31 |
| | | | 9010012806 03/12/12 | 20 | 1,210.31 | |
| 001<br>2100-00 | Joseph A. Baldi, Trustee | Administrative | | $0.00 | $2,193.21 | $2,193.21 |
| BOND<br>001<br>2300-00 | International Sureties<br>701 Poydras Street #420<br>New Orleans, LA 70139 | Administrative | | $0.00 | $9.88 | $9.88 |
| | | | 9010012806 02/07/12 | 1001 | 9.88 | |
| 050<br>4220-00 | Skipper Buds (Marine Corp) | Secured | Paid from sale proceeds per court order | $5,066.99 | $8,350.29 | $8,350.29 |
| | | | 9010012806 03/12/12 | 10 | 8,350.29 | |
| 000004A<br>050<br>4220-00 | Law Offices of Ross Gelfand<br>C/O Brad A Berish Esq<br>Adelman & Gettleman Ltd<br>53 W Jackson Boulevard Suite 1050<br>Chicago, IL 60604 | Secured | Allowed first priority secured lien pursuant to 10/19/11 order approving settlement | $0.00 | $410,156.68 | $410,156.68 |
| 000005A<br>050<br>4210-00 | Christine Friedman<br>C/O Grumley Kamin & Rosic<br>70 W Madison Suite 2100<br>Chicago, IL 60602 | Secured | Claim Withdrawn | $0.00 | $0.00 | $0.00 |
| 000006A<br>050<br>4220-00 | Michael Friedman<br>C/O Grumley Kamin & Rosic<br>70 W Madison Suite 2100<br>Chicago, IL 60602 | Secured | Claim withdrawn | $0.00 | $0.00 | $0.00 |
| 000001<br>070<br>7100-00 | Horace Fox as trustee for Michael E Freidman<br>& Christine J Freidman<br>Lehman & Fox<br>Six East Monroe St Suite 1004<br>Chicago, IL 60603 | Unsecured | | $6,440,000.00 | $6,044,000.00 | $6,044,000.00 |

Final Distribution
ANALYSIS OF CLAIMS REGISTER

Date: February 04, 2014

Case Number: 10-40042
Debtor Name: FM. INDUSTRIES, INC.

Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000002<br>070<br>7100-00 | VW Credit Inc<br>C/O R Scott Alsterda<br>3500 Three First National Plaza<br>Chicago, IL 60602 | Unsecured | | $0.00 | $1,400,000.00 | $1,400,000.00 |
| 000003<br>070<br>7100-00 | Citicorp Credit Services, Inc. (USA)<br>Dykema Gossett c/o Maria Diakoumakis<br>10 S. Wacker Dr. - #2300<br>Chicago, IL 60606 | Unsecured | (3-1) liquidated amount no less than $382,351.24, plus an unliquidated amount to be determined (see attached) | $0.00 | $382,351.24 | $382,351.24 |
| 000006B<br>070<br>7100-00 | Michael Friedman<br>C/O Grumley Kamin & Rosic<br>70 W Madison Suite 2100<br>Chicago, IL 60602 | Unsecured | Claim withdrawn | $0.00 | $0.00 | $0.00 |
| 000004B<br>100<br>SPC | Law Offices of Ross Gelfand<br>C/O Brad A Berish Esq<br>Adelman & Gettleman Ltd<br>53 W Jackson Boulevard Suite 1050<br>Chicago, IL 60604 | Priority | Petitioning Creditor | $0.00 | $8,873.65 | $8,873.65 |
| 000005B<br>999<br>8500-00 | Christine Friedman<br>C/O Grumley Kamin & Rosic<br>70 W Madison Suite 2100<br>Chicago, IL 60602 | Unsecured | Claim Withdrawn | $0.00 | $0.00 | $0.00 |
| 000007A<br>999<br>8500-00 | Michael Friedman<br>C/O Grumley Kamin & Rosic<br>70 W Madison Suite 2100<br>Chicago, IL 60602 | Unsecured | Claim withdrawn | $0.00 | $0.00 | $0.00 |
| | Case Totals: | | | $6,445,066.99 | $8,287,517.26 | $8,286,748.16 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-40042 ERW
Case Name: FM. INDUSTRIES, INC.
Trustee Name: Joseph A. Baldi

| Balance on hand | $ | 4,693.21 |
|---|---|---|

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000004A | Law Offices of Ross Gelfand | $ 410,156.68 | $ 410,156.68 | $ 0.00 | $ 2,500.00 |
| 000005A | Christine Friedman | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000006A | Michael Friedman | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | Skipper Buds (Marine Corp) | $ 8,350.29 | $ 8,350.29 | $ 8,350.29 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 2,500.00 |
| Remaining Balance | $ | 2,193.21 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi | $ 2,193.21 | $ 0.00 | $ 2,193.21 |
| Attorney for Trustee Fees: Baldi Berg & Wallace, Ltd. | $ 24,253.90 | $ 24,253.90 | $ 0.00 |
| Attorney for Trustee Expenses: Baldi Berg & Wallace, Ltd. | $ 49.00 | $ 49.00 | $ 0.00 |
| Other: Skpper Marine Corp. | $ 1,210.31 | $ 1,210.31 | $ 0.00 |
| Other: Skipper Marine Corp. | $ 5,300.00 | $ 5,300.00 | $ 0.00 |
| Other: International Sureties | $ 9.88 | $ 9.88 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 2,193.21

Remaining Balance $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 8,873.65 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004B | Law Offices of Ross Gelfand | $ 8,873.65 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors $ 0.00

Remaining Balance $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 7,826,351.24 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Horace Fox as trustee for Michael E Freidman | $ 6,044,000.00 | $ 0.00 | $ 0.00 |
| 000002 | VW Credit Inc | $ 1,400,000.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Citicorp Credit Services, Inc. (USA) | $ 382,351.24 | $ 0.00 | $ 0.00 |
| 000006B | Michael Friedman | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors $ 0.00

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE