UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 10-40042 |
| FM Industries, Inc., | ) | Hon. Eugene R. Wedoff |
| | ) | Hearing Date: March 12, 2014 |
| Debtor. | ) | Time: 10:00 a.m. |

**Notice of Motion**

**TO:** *See Attached Service List*

PLEASE TAKE NOTICE that on Wednesday, March 12, 2014 at 10:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Eugene R. Wedoff, United States Courthouse, 219 South Dearborn Street, Room 744, Chicago, Illinois and then and there present the **Baldi Berg, Ltd.'s Motion to Allow Interim Compensation and Expense Reimbursement Previously Awarded and Paid to be Deemed Final**, a true and correct copy of which is attached hereto and hereby served upon you.

Joseph A. Baldi
Julia D. Loper
20 N. Clark St., Suite 200
Chicago, IL 60602
(312) 726-8150

**Certificate Of Service**

I, Julia D. Loper, hereby certify that on February 7, 2014, I caused a true and correct copy of the foregoing Notice of Motion and the document identified therein to be served on the persons on the attached service list, either via CM/ECF electronic notice or email, or via first class mail, postage prepaid, as indicated on the service list.

/s/ Julia D. Loper

*Service List*
**FM Industries, Inc., debtor**
**Case No. 10-40042**

**Via CM/ECF Electronic Notice**

    **Office of the U.S. Trustee**
    USTPRegion11.ES.ECF@usdoj.gov

    **Patrick F. Ross, Esq.**
    pfross@uhlaw.com

    **R Scott Alsterda**
    rsalsterda@uhlaw.com

    **Brad Berish, Esq.**
    bberish@ag-ltd.com

    **David A. Newby, Esq.**
    dnewby@comananderson.com

    **Bruce de'Medici, Esq.**
    bdemedici@gmail.com

    **Maria A Diakoumakis**
    mdiakoumakis@dykema.com


**Via First Class Mail**

  **Michael Friedman**
  4891 Thornbark Dr.
  Hoffman Estates, IL 60010


  **Warren Lupel**
  Lupel Weininger
  30 N. LaSalle St., #3520
  Chicago, Illinois 60602


  **Regent & Associates, LLP**
  2650 Fountainview Drive, Suite 233
  Houston, TX 77057

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| FM Industries, Inc., | ) | Case No. 10-40042 |
| | ) | |
| Debtor. | ) | Hon. Eugene R. Wedoff |
| | ) | Hearing Date: March 12, 2014 |
| | ) | Hearing Time: 10:00 a.m. |

**Baldi Berg, Ltd.'s Motion to Allow Interim Compensation and Expense Reimbursement Previously Awarded and Paid to be Deemed Final**

Baldi Berg, Ltd., formerly known as Baldi, Berg & Wallace, Ltd. ("Baldi Berg"), attorneys for Joseph A. Baldi, not personally but solely as trustee ("Trustee") of the estate ("Estate") of FM Industries, Inc. ("Debtor"), pursuant to section 330 and 331 of title 11, United States Code ("Code"), requests this Court for the entry of an order allowing that the amounts previously awarded and paid to Baldi Berg as interim compensation and expense reimbursement shall be deemed final allowances. In support thereof, Trustee states as follows:

**Introduction**

1. An involuntary petition was filed against the Debtor on September 7, 2010. Thereafter, on October 20, 2010, an order for relief was entered against the Debtor under chapter 7 of the Code.

2. Joseph A. Baldi is the duly appointed, qualified and acting chapter 7 trustee in this case.

3. On April 12, 2011, this Court entered an order authorizing Trustee to employ Baldi Berg as his attorneys in the case.

4. Since its employment, Baldi Berg represented the Trustee in the liquidation of the Debtors' assets, including a boat which was co-owned by the Debtor and the bankruptcy estate of Mitchell Wexler, a pre-petition copyright infringement and breach of contract lawsuit pending in federal court and a companion breach of contract case pending in state court (collectively, the

"Assets"). The Estate recovered gross proceeds of $46,430.43 as a result of the liquidation of the Assets. In addition to assisting the Trustee with the liquidation of Assets, Baldi Berg represented the Trustee in general case administration matters including preparing various motions and other pleadings filed with the Court, analyzing and determining validity of claims asserted against the Estate and advising the Trustee as to preparation of the Trustee's Final Report filed concurrently herewith.

5. On April 1, 2012, Baldi Berg filed its first interim application for compensation and expense reimbursement seeking payment of compensation in the amount of $25,023.00 for 95.10 hours of services rendered during the period December 17, 2010 through April 10, 2012 ("Interim Period") and for reimbursement of actual expenses incurred during the Interim Period in the amount of $49.00. Pursuant to this Court's order dated May 22, 2012 [Dkt. No. 76], Baldi Berg was awarded and paid interim compensation and expense reimbursement in the amounts of $24,253.90 and $49.00, respectively on account of services rendered and expenses incurred during the Interim Period ("Interim Award").

6. Subsequent to the Interim Period, Baldi Berg has continued to represent the Trustee in this case. Among the services rendered to the Trustee, Baldi Berg prepared the Trustee's Report of Sale [Dkt. No. 78] and prepared the Trustee's Motion to Abandon [Dkt. 79].

7. Although Baldi Berg has provided supplementary services to the Trustee since the Interim Period, Baldi Berg will not seek additional compensation from the Estate.

8. The services rendered by Baldi Berg during the Interim Period, and subsequently, were necessary and actual services rendered at the request and direction of the Trustee and have provided benefits to the Estate.

9. Based upon the foregoing, Baldi Berg requests that the Interim Award be deemed final.

WHEREFORE, Baldi Berg, Ltd. requests the entry of an order providing the amounts previously awarded and paid as interim compensation and expense reimbursement pursuant to this Court's order dated May 22, 2012 shall be deemed final, and for such other and further relief as this Court deems appropriate.

Dated: January 21, 2014

Joseph A. Baldi, as trustee of the estate of FM Industries, Inc., Debtor

By:\_\_\_\_\_/s/_____
     Joseph A. Baldi

Joseph A. Baldi
Attorney I.D. No. 00100145
20 N. Clark St.  Suite 200
Chicago, IL  60602
(312) 726-8150