# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: § 
§ 
FM. INDUSTRIES, INC. §   Case No. 10-40042
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   Kenneth S. Gardner
   Clerk of the U.S. Bankruptcy Court
   219 S. Dearborn, 7th Floor
   Chicago, Illinois  60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :
   10:00 a.m., on Wednesday, March 12, 2014
   in Courtroom  744, U.S. Courthouse
   219 S. Dearborn St., Chicago, IL

   If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: Kenneth Gardner_____
                                        Clerk of Bankruptcy Court


*Joseph A. Baldi*
*20 N. Clark St. Suite 200*
*Chicago, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
FM. INDUSTRIES, INC. § Case No. 10-40042
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 65,500.13 |
| and approved disbursements of | $ | 60,810.68 |
| leaving a balance on hand of[1] | $ | 4,689.45 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000004A | Law Offices of Ross Gelfand | $ 410,156.68 | $ 410,156.68 | $ 0.00 | $ 2,496.24 |
| 000005A | Christine Friedman | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000006A | Michael Friedman | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | Skipper Buds (Marine Corp) | $ 8,350.29 | $ 8,350.29 | $ 8,350.29 | $ 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 2,496.24 |
| Remaining Balance | $ 2,193.21 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi | $ 2,193.21 | $ 0.00 | $ 2,193.21 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Fees: Baldi Berg & Wallace, Ltd. | $ 24,253.90 | $ 24,253.90 | $ 0.00 |
| Attorney for Trustee Expenses: Baldi Berg & Wallace, Ltd. | $ 49.00 | $ 49.00 | $ 0.00 |
| Other: Skpper Marine Corp. | $ 1,210.31 | $ 1,210.31 | $ 0.00 |
| Other: Skipper Marine Corp. | $ 5,300.00 | $ 5,300.00 | $ 0.00 |
| Other: International Sureties | $ 13.64 | $ 13.64 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses        $            2,193.21

Remaining Balance                                              $                0.00


Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE


In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 8,873.65 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004B | Law Offices of Ross Gelfand | $ 8,873.65 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors                         $                0.00

Remaining Balance                                              $                0.00


The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 7,826,351.24 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Horace Fox as trustee for Michael E Freidman | $ 6,044,000.00 | $ 0.00 | $ 0.00 |
| 000002 | VW Credit Inc | $ 1,400,000.00 | $ 0.00 | $ 0.00 |
| 000003 | Citicorp Credit Services, Inc. (USA) | $ 382,351.24 | $ 0.00 | $ 0.00 |
| 000006B | Michael Friedman | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors $ 0.00

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ _____
Joseph A. Baldi, Trustee

*Joseph A. Baldi*
*20 N. Clark St. Suite 200*
*Chicago, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                        United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                          Case No. 10-40042-ERW
FM. Industries, Inc.                                            Chapter 7
        Debtor                     CERTIFICATE OF NOTICE
District/off: 0752-1           User: froman                 Page 1 of 2              Date Rcvd: Feb 10, 2014
                               Form ID: pdf006              Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 12, 2014.
db          +FM. Industries, Inc.,    111 N. Canal, Suite 885,    Chicago, IL 60606-7222
aty         +Bradley J. Axel,    Torshen, Slobig, Genden, Dragutinovich,    105 West Adams, Ste. 3200,
              Chicago, IL 60603-6209
aty         +Warren Lupel,    Katz, Randall Weinberg & Richmond,    333 W. Wacker Drive, Suite 1800,
              Chicago, IL 60606-1288
17475103    +Adam Roberts,    111 N Canal St Suite 885,    Chicago, IL 60606-7222
17475100    +Brad Berish,    Adelman & Gettleman Ltd,    53 W Jackson Boulevard Suite 1050,
              Chicago, IL 60604-3786
18373144    +Christine Friedman,    C/O Grumley Kamin & Rosic,    70 W Madison Suite 2100,
              Chicago, IL 60602-4253
17475104    +Citicorp Credit Services,    C/O Dykema Gossett,    10 S Wacker Dr #2300,    Chicago, IL 60606-7509
18371251    +Citicorp Credit Services, Inc. (USA),    Dykema Gossett c/o Maria Diakoumakis,
              10 S. Wacker Dr. - #2300,    Chicago, IL 60606-7509
17475105   +++Horace Fox as trustee for Michael E Freidman,    & Christine J Freidman,    Lehman & Fox,
              Six East Monroe St Suite 1004,    Chicago, IL 60603-2721
17475106    +Hosto Buchan Prater & Lawrence,    C/O John J Duffy,    140 S Dearborn St Suite 800,
              Chicago, IL 60603-5206
17475107    +James D Cortez Attorney at Law,    C/O John J Duffy,    140 S Dearborn St Suite 800,
              Chicago, IL 60603-5206
17475101    +John J Duffy,    Donohue Brown Mathewson,    140 S Dearborn Street Suite 800,
              Chicago, IL 60603-5206
17475108    +Law Offices Harris & Zide,    C/O John J Duffy,    140 S Dearborn St Suite 800,
              Chicago, IL 60603-5206
17475099    +Law Offices of Ross Gelfand,    C/O Brad A Berish Esq,    Adelman & Gettleman Ltd,
              53 W Jackson Boulevard Suite 1050,    Chicago, IL 60604-3786
18373147    +Michael Friedman,    C/O Grumley Kamin & Rosic,    70 W Madison Suite 2100,
              Chicago, IL 60602-4253
17475109    +Nationwide Acceptance Corp,    C/O Marcy Singer Ruiz Associates,    333 S Wabash 25th Fl,
              Chicago, IL 60604-4250
17475110    +R&B Collections Inc,    C/O John J Duffy,    140 S Dearborn St Suite 800,   Chicago, IL 60603-5206
17475111    +Regent & Associates LLP,    2650 Fountainview Dr Suite 233,    Houston, TX 77057-7669
17475102    +Skipper Buds,    31535 N Hwy 12,    Round Lake, IL 60073-9773
17475112     VW Credit Inc,    C/O R Scott Alsterda,    3500 Three First National Plaza,    Chicago, IL 60602
17475114    +Wayne Raine,    111 N Canal St Suite 885,    Chicago, IL 60606-7222
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Baldi Berg & Wallace, Ltd
aty             Larry Karlin
aty             Law Firm of Karlin Eide
aty             Lupel Weininger
aty             Torshen Slobig Genden Dragutinovich & Axel, Ltd
17475113      ##+Warren Lupel,    Lupel Weiniger LLP,    30 N Lasalle St Suite 3520,    Chicago, IL 60602-3334
                                                                                               TOTALS: 5, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2014                                  Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: froman              Page 2 of 2             Date Rcvd: Feb 10, 2014
                              Form ID: pdf006           Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 7, 2014 at the address(es) listed below:
              Brad   Berish    on behalf of Petitioning Creditor    Law Offices of Ross Gelfand, LLC
               bberish@ag-ltd.com
              Bruce E de'Medici    on behalf of Petitioning Creditor    Horace Fox, Jr.,Trustee for Michael E.
               Friedman, Chapter 7, #05-03591 bdemedici@gmail.com
              David A. Newby    on behalf of Interested Party Michael   Friedman dnewby@comananderson.com,
               tmaurer@comananderson.com
              David A. Newby    on behalf of Debtor    FM. Industries, Inc. dnewby@comananderson.com,
               tmaurer@comananderson.com
              Joseph A Baldi    on behalf of Trustee Joseph A Baldi, Tr jabaldi@baldiberg.com,
               jmanola@baldiberg.com
              Joseph A Baldi, Tr   jabaldi@baldiberg.com,    jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
              Joseph A Baldi, Tr    on behalf of Trustee Joseph A Baldi, Tr jabaldi@ameritech.net,
               jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
              Julia D Loper    on behalf of Trustee Joseph A Baldi, Tr jloper@baldiberg.com
              Maria A Diakoumakis    on behalf of Creditor    Citicorp Credit Services, Inc.
               mdiakoumakis@dykema.com,    DocketCH@dykema.com
              Patrick F Ross    on behalf of Creditor    VW Credit, Inc. pfross@uhlaw.com,
               kburde@uhlaw.com;rjanczak@uhlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              R Scott Alsterda    on behalf of Creditor    VW Credit, Inc. rsalsterda@uhlaw.com
                                                                                             TOTAL: 12
```