UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
FM. INDUSTRIES, INC. § Case No. 10-40042
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $           (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (5/1/2011) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

  4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

  5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

  Dated: _____    By:/s/Joseph A. Baldi_____
                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| JOHN GIERUM |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Law Office Ross Gelfand |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005A | CHRISTINE FRIEDMAN | | | | | |
| 000006A | MICHAEL FRIEDMAN | | | | | |
| 000004A | MINNESOTA LAWYERS MUTUAL | | | | | |
| | MINNESOTA LAWYERS MUTUAL INSURANCE | | | | | |
| | SKIPPER BUDS (MARINE CORP) | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| SKPPER MARINE CORP. | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| BALDI BERG & WALLACE. LTD | | | | | |
| BALDI BERG & WALLACE. LTD | | | | | |
| SKIPPER MARINE CORP. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004B | LAW OFFICES OF ROSS GELFAND | | | | | |

Case 10-40042    Doc 91    Filed 07/10/14    Entered 07/10/14 14:50:34    Desc Main
Document      Page 6 of 16

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Adam Roberts | | | | | |
| | Horace Fox, Trustee for Michael Friedman | | | | | |
| | Hosto, Buchan, Prater & Lawrence | | | | | |
| | James D. Cortez, Esq. | | | | | |
| | Law Office of Harris & Zide | | | | | |
| | Nationwide Acceptance Corp. | | | | | |
| | R&B Collections, Inc. | | | | | |
| | Warren Lupel | | | | | |
| | Wayne Rhine | | | | | |
| 000003 | CITICORP CREDIT SERVICES, INC. (USA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | HORACE FOX AS TRUSTEE FOR MICHAEL E | | | | | |
| 000006B | MICHAEL FRIEDMAN | | | | | |
| 000002 | VW CREDIT INC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-40042 | Judge: Eugene R. Wedoff | Trustee Name: | Joseph A. Baldi |
| --- | --- | --- | --- | --- |
| Case Name: | FM. INDUSTRIES, INC. | | Date Filed (f) or Converted (c): | 09/07/10 (f) |
| | | | 341(a) Meeting Date: | 08/26/11 |
| For Period Ending: | 06/02/14 | | Claims Bar Date: | 01/17/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.13 | Unknown |
| 2. CONTINGENT CLAIMS - Citibank claim | Unknown | 0.00 | | 0.00 | FA |
| Citicorp Credit Services v. FM Industries (Debtor has counterclaim alleging breach of Contract and breach of duty of good faith and fair dealing)  Claim dismissed by Circuit Court on summary judgment | | | | | |
| 3. CONTINGENT CLAIMS - Gelfand | Unknown | 0.00 | | 3,125.00 | FA |
| FM Industries v. Law Office of Ross Gelfand (copyright lawsuit) - settled pursuant to court order | | | | | |
| 4. CONTINGENT CLAIMS - Gelfand affiliates | Unknown | 0.00 | | 9,375.00 | FA |
| Alleged claims against law firms arising from use of softwre under Law Firm License Agreement - settled pursuant to court order | | | | | |
| 5. CONTINGENT CLAIMS - Malpractice claim | Unknown | 0.00 | | 0.00 | FA |
| Malpractice case against Friedman & Wexler and Wayne Rhine - claim not pursued, not viable claim | | | | | |
| 6. Patents, copyrights and intel. prop | Unknown | 0.00 | | 0.00 | FA |
| TUCANS sofrware and copyright - no commercial value | | | | | |
| 7. 2004 280 Sea Ray Sundance Boat | 60,000.00 | 44,649.71 | | 53,000.00 | FA |
| (1/2 interest in boat owned by Bankruptcy Estate of Mitchell Wexler --Trustee distributed 1/2 of net proceeds to bankruptcy estate of M. Wexler) | | | | | |
| 8. 2006 BMW Model 3301 | 12,775.00 | 0.00 | OA | 0.00 | FA |
| (1/2 interest) - repairs and other costs exceed value, property abandoned | | | | | |
| 9. Large Format Epson Color Printer (2) | Unknown | 0.00 | | 0.00 | FA |
| 10. Computer work station, monitor & ext, hard drive | Unknown | 0.00 | | 0.00 | FA |
| 11. VOID (u) | Unknown | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

Case 10-40042 Doc 91 Filed 07/10/14 Entered 07/10/14 14:50:34 Desc Main
Document Page 9 of 16

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 10-40042 | Judge: Eugene R. Wedoff | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | FM. INDUSTRIES, INC. | | Date Filed (f) or Converted (c): | 09/07/10 (f) |
| | | | 341(a) Meeting Date: | 08/26/11 |
| | | | Claims Bar Date: | 01/17/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $72,775.00 | $44,649.71 | | $65,500.13 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Involuntary petition filed; Schedules were not filed for a delayed period of time; Trustee settled Estate's claims
against certain attorneys and recovered $12,500; Trustee retained special counsel to represent him in the prosecution
of the Debtor's claims against Citicorp and retained attorneys to review and advise on potential claims for malpractice;
Summary judgment granted to defendants in Citicorp case, no further claims to pursue in that case. Trustee has been
advised that malpractice claims have no value; Trustee sold Estate's interest in a boat and abandoned interest in
vehicle. Trustee is preparing final report.

Initial Projected Date of Final Report (TFR): 12/31/12     Current Projected Date of Final Report (TFR): 12/31/13

FORM 2

Page: 1

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-40042 -ERW | | Trustee Name: | Joseph A. Baldi |
| Case Name: | FM. INDUSTRIES, INC. | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******6750 Checking Account |
| Taxpayer ID No: | *******2752 | | | |
| For Period Ending: | 06/02/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/20/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 4,693.21 | | 4,693.21 |
| 02/05/14 | 003001 | International Sureties | Bond Premium Payment | 2300-000 | | 3.76 | 4,689.45 |
| | | 701 Poydras Street #420 | Annual premium payment | | | | |
| | | New Orleans, LA 70139 | | | | | |
| * 03/13/14 | 003002 | Law Offices of Ross Gelfand | Claim 000004A, Payment 0.60861% | 4220-003 | | 2,496.24 | 2,193.21 |
| | | C/O Brad A Berish Esq | | | | | |
| | | Adelman & Gettleman Ltd | | | | | |
| | | 53 W Jackson Boulevard Suite 1050 | | | | | |
| | | Chicago, IL 60604 | | | | | |
| * 03/13/14 | 003002 | Law Offices of Ross Gelfand | Claim 000004A, Payment 0.60861% | 4220-003 | | -2,496.24 | 4,689.45 |
| | | C/O Brad A Berish Esq | Check addressed to wrong person/address ~JMM | | | | |
| | | Adelman & Gettleman Ltd | | | | | |
| | | 53 W Jackson Boulevard Suite 1050 | | | | | |
| | | Chicago, IL 60604 | | | | | |
| 03/13/14 | 003003 | Joseph A. Baldi, Trustee | Trustee Compensation | 2100-000 | | 2,193.21 | 2,496.24 |
| 03/13/14 | 003004 | Minnesota Lawyers Mutual | FINAL DISTRIBUTION | 4220-000 | | 2,496.24 | 0.00 |
| | | Attn: John Duffy | Allowed per court order on March 12, 2014 | | | | |
| | | Donohue Brown Mathewson & Smyth LLC | | | | | |
| | | 1400 S. Dearborn, Ste. 800 | | | | | |
| | | Chicago, IL 60603 | | | | | |

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 10-40042 -ERW |
| Case Name: | FM. INDUSTRIES, INC. |
| Taxpayer ID No: | *******2752 |
| For Period Ending: | 06/02/14 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******6750  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | |
|---|---|---|---|---|
| | Account *******6750 | Balance Forward | 0.00 | |
| | 0 | Deposits | 0.00 | 5 Checks | 4,693.21 |
| | 0 | Interest Postings | 0.00 | 0 Adjustments Out | 0.00 |
| | | | | 0 Transfers Out | 0.00 |
| | | Subtotal | $ 0.00 | |
| | | | | Total | $ 4,693.21 |
| | 0 | Adjustments In | 0.00 | |
| | 1 | Transfers In | 4,693.21 | |
| | | Total | $ 4,693.21 | |

Memo Allocation Receipts: 0.00
Memo Allocation Disbursements: 0.00

Memo Allocation Net: 0.00

LFORM2T4

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

Ver: 17.05d

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-40042 -ERW | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | FM. INDUSTRIES, INC. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******7385 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2752 | | |
| For Period Ending: | 06/02/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/11/11 | 3 | Professionals Direct Insurance Company<br>5211 Cascade Rd. SE<br>P.O. Box 2679<br>Grand Rapids, Michigan 49501-2679 | SETTLEMENT | 1149-000 | 3,125.00 | | 3,125.00 |
| 11/11/11 | 4 | Law Office of Harris & Zide<br>1445 Huntington Dr. Ste. 300<br>South Pasadena, CA 91030 | SETTLEMENT | 1149-000 | 3,125.00 | | 6,250.00 |
| 11/11/11 | 4 | CNA<br>Continental Casualty Company<br>Chicago, IL 60604 | SETTLEMENT | 1149-000 | 3,125.00 | | 9,375.00 |
| 11/11/11 | 4 | Minnesota Lawyers Mutual Insurance Co<br>333 S Seventh Street<br>Suite 2200<br>Minneapolis, MN 55402 | SETTLEMENT | 1149-000 | 3,125.00 | | 12,500.00 |
| 11/30/11 | 1 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 12,500.03 |
| 12/29/11 | 1 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.10 | | 12,500.13 |
| 12/29/11 | | Transfer to Acct #*******2806 | Bank Funds Transfer | 9999-000 | | 12,500.13 | 0.00 |

| | | | Account *******7385 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|---|---|
| | | | 4 | Deposits | 12,500.00 | 0 | Checks | 0.00 |
| Memo Allocation Receipts: | | 0.00 | 2 | Interest Postings | 0.13 | 0 | Adjustments Out | 0.00 |
| Memo Allocation Disbursements: | | 0.00 | | | | 1 | Transfers Out | 12,500.13 |
| | | | | Subtotal | $ 12,500.13 | | | |
| Memo Allocation Net: | | 0.00 | | | | | Total | $ 12,500.13 |
| | | | 0 | Adjustments In | 0.00 | | | |
| | | | 0 | Transfers In | 0.00 | | | |
| | | | | Total | $ 12,500.13 | | | |

LFORM2T4

UST Form 101-7-TDR (5/1/2011) (Page: 12)

Ver: 17.05d

FORM 2

Page: 4

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-40042 -ERW | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | FM. INDUSTRIES, INC. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******2806 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2752 | | | |
| For Period Ending: | 06/02/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/29/11 | | Transfer from Acct #*******7385 | Bank Funds Transfer | 9999-000 | 12,500.13 | | 12,500.13 |
| 02/07/12 | 001001 | International Sureties<br>701 Poydras Street #420<br>New Orleans, LA 70139 | TRUSTEE BOND NO. 016026455 | 2300-000 | | 9.88 | 12,490.25 |
| 03/12/12 | 7 | SKIPPER MARINE OF CHICAGO-LAND, INC<br>215 North Point Drive<br>Winthrop Harbor, IL 60096 | SALE PROCEEDS: PERS. PROP | | 38,139.40 | | 50,629.65 |
| | | SKIPPER MARINE CORP | Memo Amount:    (       5,300.00 )<br>Sales commission | 3991-000 | | | |
| | | SKIPPER MARINE CORP | Memo Amount:    (       8,350.29 )<br>storage liens | 4220-000 | | | |
| | | SKIPPER MARINE CORP | Memo Amount:    (       1,210.31 )<br>Repair/maintenance expense | 2420-000 | | | |
| | | SKIPPER MARINE CORP | Memo Amount:          53,000.00<br>Gross Proceeds of Sale | 1129-000 | | | |
| 04/05/12 | 001002 | MINNESOTA LAWYERS MUTUAL INSURANCE COMPANY<br>%Brad Berish<br>Adelman & Gettleman, Ltd.<br>53 W Jackson Blvd<br>Chicago, IL 60604 | Agreed payment on secured claim<br>partial payment on secured claim per agreement on sale of boat | 4220-000 | | 2,500.00 | 48,129.65 |
| 04/05/12 | 001003 | JOHN GIERUM<br>Trustee of the Estate of Mitchell Wexler<br>9700 W Higgins Road<br>Park Ridge, IL 60018 | Payment of co-owners interest<br>Payment of co-owners interest in net proceeds of sale of boat owned by estate and Estate of Mitchell Wexler | 8500-000 | | 19,069.70 | 29,059.95 |
| 05/25/12 | 001004 | Baldi Berg & Wallace, Ltd.<br>19 S. LaSalle St.<br>Suite 1500<br>Chicago, IL 60603 | allowed interim compensation<br>Payment of interim compensation and reimbursement of expenses per order of May 22, 2012. | | | 24,302.90 | 4,757.05 |
| | | | Fees          24,253.90 | 3110-000 | | | |

LFORM2T4

UST Form 101-7-TDR (5/1/2011) (Page: 13)

Ver: 17.05d

FORM 2

Page: 5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-40042 -ERW | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | FM. INDUSTRIES, INC. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******2806 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2752 | | |
| For Period Ending: | 06/02/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Expenses         49.00 | 3120-000 | | | |
| 02/07/13 | 001005 | International Sureties<br>701 Poydras Street #420<br>New Orleans, LA 70139 | Bond Premium Payment<br>BOND # 016026455 | 2300-000 | | 3.84 | 4,753.21 |
| * 03/11/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee<br>TCMS would not allow me to enter an adjustment date more than 30 days old. Therefore, I entered 3/11/13 as the date of adjustment. The actual date of adjustment which is reflected on the bank statements is 3/08/13. ~JMM 4.10.13 | 2600-003 | 10.00 | | 4,763.21 |
| 03/11/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee<br>TCMS would not allow me to enter an adjustment date more than 30 days old. Therefore, I entered 3/11/13 as the date of adjustment. The actual date of adjustment which is reflected on the bank statements is 3/08/13. ~JMM 4.10.13 | 2600-000 | | 10.00 | 4,753.21 |
| * 04/10/13 | | Reverses Adjustment IN on 03/11/13 | Monthly Bank Service Fee<br>Supposed to be a subtraction, not an addition. ~JMM 4.10.13 | 2600-003 | -10.00 | | 4,743.21 |
| 04/22/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 10.00 | 4,733.21 |
| 05/22/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee<br>Bank Service Fee actually was debited from account on May 9, 2013. TCMS would not allow me to enter the May 9th date due to it being over 30 days. 6/21/13 ~JMM | 2600-000 | | 10.00 | 4,723.21 |
| 06/09/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee<br>The date of adjustment 6/9/13 actually occurred on 6/4/13 but TCMS will not allow us to back date it more than 30 days. Therefore, I used the 6/9/13 as | 2600-000 | | 10.00 | 4,713.21 |

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-40042 -ERW | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | FM. INDUSTRIES, INC. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******2806 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2752 | | |
| For Period Ending: | 06/02/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | the date of adjustment. ~JMM 7.9.13 | | | | |
| 07/05/13 | | CONGRESSIONAL BANK | Monthly Bank Service Fee | 2600-000 | | 10.00 | 4,703.21 |
| | | 6500 Rock Spring Drive, Suite 300 | | | | | |
| | | Bethesda, MD 20817 | | | | | |
| 08/05/13 | | CONGRESSIONAL BANK | Monthly Bank Service Fee | 2600-000 | | 10.00 | 4,693.21 |
| | | 6500 Rock Spring Drive, Suite 300 | | | | | |
| | | Bethesda, MD 20817 | | | | | |
| 12/20/13 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 4,693.21 | 0.00 |

|  |  |  |  |  |
|---|---|---|---|---|
| | | Account *******2806 | Balance Forward | 0.00 | | 5 | Checks | 45,886.32 |
| | | 1 | Deposits | 38,139.40 | 6 | Adjustments Out | 60.00 |
| Memo Allocation Receipts: | 53,000.00 | 0 | Interest Postings | 0.00 | 1 | Transfers Out | 4,693.21 |
| Memo Allocation Disbursements: | 14,860.60 | | Subtotal | $ 38,139.40 | | | |
| Memo Allocation Net: | 38,139.40 | 2 | Adjustments In | 0.00 | | Total | $ 50,639.53 |
| | | 1 | Transfers In | 12,500.13 | | | |
| | | | Total | $ 50,639.53 | | | |

LFORM2T4

UST Form 101-7-TDR (5/1/2011) (Page: 15)

Ver: 17.05d

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-40042 -ERW | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | FM. INDUSTRIES, INC. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******2806 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2752 | | | |
| For Period Ending: | 06/02/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Report Totals | Balance Forward | 0.00 | |
| | Total Allocation Receipts: | 53,000.00 | 5 Deposits | 50,639.40 | 10 Checks | 50,579.53 |
| | Total Allocation Disbursements: | 14,860.60 | 2 Interest Postings | 0.13 | 6 Adjustments Out | 60.00 |
| | | | | | 2 Transfers Out | 17,193.34 |
| | Total Memo Allocation Net: | 38,139.40 | Subtotal | $ 50,639.53 | | |
| | | | | | Total | $ 67,832.87 |
| | | | 2 Adjustments In | 0.00 | | |
| | | | 2 Transfers In | 17,193.34 | | |
| | | | Total | $ 67,832.87 | Net Total Balance | $ 0.00 |

LFORM2T4

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

Ver: 17.05d